UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ShawMarie Mulkern, | Civil File No. 06 cv 1662 |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS** |
| KFC Corporation, a foreign corporation, | |
| Defendant. | |

The parties, through their undersigned counsel, hereby stipulate that this action should be dismissed, without prejudice and without taxation of costs for or against either party, with the understanding that Plaintiff will pursue her claims through arbitration, consistent with the parties' prior agreement.

Dated:  June 9, 2006                    DORSEY & WHITNEY LLP


                                        By s/Robert R. Reinhart_____
                                              Robert R. Reinhart #0090566
                                        Suite 1500, 50 South Sixth Street
                                        Minneapolis, MN 55402-1498
                                        Telephone:  (612) 340-2600
                                        Attorneys for Defendant

Dated: June 9, 2006               NICHOLS KASTER & ANDERSON, PLLP


                                  By s/Adam A. Gillette
                                      James H. Kaster #53946
                                      Adam A. Gillette #0328532
                                  80 South Eighth Street
                                  4600 IDS Center
                                  Minneapolis, MN  55402-2242
                                  Telephone:  (612) 256-3200
                                  Attorneys for Plaintiff