UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ShawMarie Mulkern, | Civil File No. 06 cv 1662 |
| Plaintiff, | |
| v. | **ORDER TO DISMISS** |
| KFC Corporation, a foreign corporation, | |
| Defendant. | |

Pursuant to the parties' Stipulation to Dismiss, upon all of the files, records and proceedings herein,

IT IS ORDERED that this action be and the same is hereby dismissed, without prejudice, without taxation of costs for or against any party.

Date: June 15, 2006                    s/David S. Doty
                                        David S. Doty, Judge
                                        U.S. District Court